ERNIE ADAMSON v. SUPERIOR ZINC CORPORATION.— Motion for leave to appeal to the Court of Appeals, or for a reargument, and for a stay, denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

WILLIAM A. STERN, II, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. — Motion for leave to appeal to the Court of Appeals, or for a reargument of defendant's motion for leave to appeal to this court from determination of the Appellate Term, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (October 21, 1938.)

ELISABETH HELMIG, Appellant, v. JAMES FANNING, Doing Business under the Name and Style of FANNING AUTO RENTING Co.,. Respondent.— Allegations sufficient to constitute a cause of action were set forth in the complaint. It is quite apparent that the court misunderstood the opening statement of counsel for the plaintiff, otherwise the complaint would not have been dismissed without the introduction of any testimony. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

VINCENT CARRIQUE, an Infant, by His Guardian ad Litem, RALPH CARRIQUE, and RALPH CARRIQUE, Appellants, v. JAMES DENTON SHEA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEAN MARGOLIS, Appellant, v. THE FORWARD ASSOCIATION, a Membership Corporation, and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELLEN O'KEEFE, as Administratrix, etc., of PATRICK O'KEEFE, Deceased, Respondent, v. NATIONAL GRAIN YEAST CORP. and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer, and Dore JJ.

ANTHONY KOC, Respondent, v. MIKE PIZANAWSKI and ANNIE PIZANAWSKI, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY SCHOMER, Respondent, v. MAX HELLER, Individually, and as President of the Chicken Drivers, Chauffeurs and Helpers Union, Local 167, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HELEN M. SMITH, as Executrix, etc., of GEORGE EDMUND SMITH, Deceased, Respondent, v. WILLIAM J. RAPP, as Executor, etc., of MARY E. SMITH, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEATRICE GALLAGHER, Respondent, v. HENRY J. SAMPSON, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.